# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MITCHELL BRACKNELL | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06MJ142-CSC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Mitchell Bracknell__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

possessing ammunition in and affecting commerce, while being a convicted felon,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

CHARLES S. COODY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

(By) Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

December 29, 2006   Montgomery, Alabama
Date and Location

Bail fixed at $_____ by_____
                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 5/81) Warrant for Arrest